# STEPTOE & JOHNSON LLP
ATTORNEYS AT LAW

Andrew J. Sloniewsky
202.429.6759
asloniew@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

February 3, 2005

VIA FEDEX

Clerk, U.S. District Ct.
218 U.S. Courthouse
201 S. Vine Street
Urbana IL 61802

**RECEIVED**

FEB 0 4 2005

JOHM M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Re:  *Asbestos Cases Naming Metropolitan Life Insurance Company (see attached Exs. A and B)*

Dear Sir or Madam:

Recently, Metropolitan Life's local counsel filed substitution of counsel motions in asbestos cases pending in the Central District. Those motions contained an error in that they identified Stephen Fennell of this office and me as "of counsel." Please treat the motions as though our names were not mentioned.

If you have any questions or comments regarding this matter, please feel free to contact me.

Very truly yours,

*Andrew Sloniewsky*
Andrew Sloniewsky

Enclosures

1495477

WASHINGTON   •   NEW YORK   •   PHOENIX   •   LOS ANGELES   •   LONDON   •   BRUSSELS

# EXHIBIT A
## Cases Naming Metropolitan Life Insurance Company --
### Filed in U.S. Dist. Ct., C.D. Ill., and Transferred to U.S. Dist. Ct., E.D. Pa., MDL 875

| | | |
|---|---|---|
| 99-4077 | 96-1148 | 00-1458 |
| 99-3227 | 96-1146 | 00-1457 |
| 99-3158 | 96-1141 | 00-1407 |
| 99-3152 | 96-1135 | 00-1389 |
| 99-2213 | 02-4058 | 00-1235 |
| 99-2209 | 02-4055 | 00-1234 |
| 99-2208 | 02-2084 | 00-1215 |
| 99-2207 | 02-2064 | 00-1214 |
| 99-2206 | 01-4008 | 00-1213 |
| 99-2184 | 01-3107 | 00-1191 |
| 99-2178 | 01-3031 | 00-1132 |
| 99-2151 | 01-2069 | 00-1030 |
| 99-2141 | 01-2014 | 00-1012 |
| 99-1299 | 01-1170 | 00-1010 |
| 99-1295 | 01-1049 | 00-1009 |
| 99-1294 | 01-1048 | 00-1008 |
| 99-1293 | 00-4001 | 00-1007 |
| 99-1292 | 00-3333 | 00-1006 |
| 99-1290 | 00-3332 | 00-1004 |
| 99-1289 | 00-3296 | 00-1003 |
| 99-1288 | 00-3110 | 00-1002 |
| 98-4087 | 00-3005 | 00-1001 |
| 98-4063 | 00-2344 | |
| 98-4060 | 00-2343 | |
| 98-3132 | 00-2342 | |
| 98-2244 | 00-2161 | |
| 98-2176 | 00-2126 | |
| 98-2092 | 00-2125 | |
| 98-1186 | 00-2088 | |
| 98-1183 | 00-2049 | |
| 98-1113 | 00-2015 | |
| 97-4043 | 00-2014 | |
| 97-2131 | 00-2012 | |
| 97-2015 | 00-2011 | |
| 96-4030 | 00-2009 | |
| 96-2168 | 00-2008 | |
| 96-2075 | 00-2007 | |
| 96-2064 | 00-2006 | |
| 96-2009 | 00-2005 | |
| 96-1155 | 00-2003 | |
| 96-1152 | 00-2001 | |

1495477

# EXHIBIT B
## Cases Naming Metropolitan Life Insurance Company --
## Filed in U.S. Dist. Ct., C.D. Ill. -- Not Currently In MDL 875

99-2268
99-2214
99-2142
99-2140
99-1291
99-1263
99-1259
99-1257
98-4061
98-4059
98-3133
98-2190
98-2133
98-1345
98-1185
98-1184
98-1114
98-1112
96-4024
96-4016
96-2045
96-1176
96-1156
96-1147
00-3219
00-2054
00-2023
00-2013
00-2010
00-2002
00-1005