E-FILED
Thursday, 17 February, 2005 10:42:13 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS LITIGATION | ) ) ) | No.: MDL 875 |

IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: ASBESTOS LITIGATION INVOLVING METROPOLITAN LIFE INSURANCE COMPANY | ) ) ) ) ) ) ) ) ) | |
| THIS APPLIES TO ALL CASES | ) ) ) ) ) | Nos.:   See Exhibit A |

FILED
FEB 0 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## ORDER

The above actions coming before the Court on the Motion to Substitute of Defendant Metropolitan Life Insurance Company, the Court being apprised of the premises herein, it is hereby

ORDERED that said motion is granted, and it is further

ORDERED that WILDMAN, HARROLD, ALLEN & DIXON LLP is hereby substituted as Metropolitan Life Insurance Company's counsel of record in the above identified actions.

Dated: 1/25/05

_____
U.S. District Judge

Charles R. Weiner

1485901

EXHIBIT A
Cases Naming Metropolitan Life Insurance Company --
Filed in U.S. Dist. Ct., C.D. Ill., and Transferred to U.S. Dist. Ct., E.D. Pa., MDL 875

| | | |
|---|---|---|
| 99-4077 | 96-1152 | 00-2003 |
| 99-3227 | 96-1148 | 00-2001 |
| 99-3158 | 96-1146 | 00-1458 |
| 99-3152 | 96-1141 | 00-1457 |
| 99-2213 | 96-1135 | 00-1407 |
| 99-2209 | 02-4058 | 00-1389 |
| 99-2208 | 02-4055 | 00-1235 |
| 99-2207 | 02-2084 | 00-1234 |
| 99-2206 | 02-2064 | 00-1215 |
| 99-2184 | 01-4008 | 00-1214 |
| 99-2178 | 01-3107 | 00-1213 |
| 99-2151 | 01-3031 | 00-1191 |
| 99-2141 | 01-2069 | 00-1132 |
| 99-1299 | 01-2014 | 00-1030 |
| 99-1295 | 01-1170 | 00-1012 |
| 99-1294 | 01-1049 | 00-1010 |
| 99-1293 | 01-1048 | 00-1009 |
| 99-1292 | 00-4001 | 00-1008 |
| 99-1290 | 00-3333 | 00-1007 |
| 99-1289 | 00-3332 | 00-1006 |
| 99-1288 | 00-3296 | 00-1004 |
| 98-4087 | 00-3110 | 00-1003 |
| 98-4063 | 00-3005 | 00-1002 |
| 98-4060 | 00-2344 | 00-1001 |
| 98-3132 | 00-2343 | |
| 98-2244 | 00-2342 | |
| 98-2176 | 00-2161 | |
| 98-2092 | 00-2126 | |
| 98-1186 | 00-2125 | |
| 98-1183 | 00-2088 | |
| 98-1113 | 00-2049 | |
| 97-4043 | 00-2015 | |
| 97-2131 | 00-2014 | |
| 97-2015 | 00-2012 | |
| 96-4030 | 00-2011 | |
| 96-2168 | 00-2009 | |
| 96-2075 | 00-2008 | |
| 96-2064 | 00-2007 | |
| 96-2009 | 00-2006 | |
| 96-1155 | 00-2005 | |

1485901