IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

THIS DOCUMENT RELATES TO:               CIVIL ACTION NO. MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| All Cascino Vaughan Law Office Cases on Attached Exhibit A ) ) ) | Case No. See Exhibit A |
| VS. ) ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, ET AL. ) ) ) | |
| Defendants. ) | |

### STIPULATION FOR DISMISSAL

Now come the Plaintiffs, by their attorneys Cascino Vaughan Law Offices, LTD., and Defendant, METROPOLITAN LIFE INSURANCE COMPANY, by its attorneys, Wildman Harrold Allen & Dixon LLP, and hereby stipulate and agree that the above-styled causes will be dismissed with prejudice, as to Metropolitan Life Insurance Company only, each party to pay its respective costs of suit.

Entered this _____ day of _____, 2005

| CASCINO VAUGHAN LAW OFFICES, LTD. | WILDMAN HARROLD ALLEN & DIXON, LLP. |
|---|---|
| By: /s/ Michael Cascino | By: /s/ Jennifer Johnson |
| Michael Cascino | Jennifer Johnson |
| 220 S. Ashland Avenue | 225 W. Wacker Dr. |
| Chicago, IL 60607 | Chicago, IL 60606-1229 |
| (312) 944-0600 | (312) 201-2000 |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR METROPOLITAN LIFE INSURANCE COMPANY |

So Ordered
Charles R. Weiner
7/28/2005

**EXHIBIT A**

| Last | First | SSN | Case# | FilingState | St/Fed | Circuit/Dist | Division |
|---|---|---|---|---|---|---|---|
| Allen | Larry J. | 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 | 99-2209 | IL | F | CENTRAL | URBANA |
| Black | John A., Jr. | 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 | 99-2268 | IL | F | CENTRAL | URBANA |
| Burton | Alice M. | 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 | 99-2213 | IL | F | CENTRAL | URBANA |
| Cochran | Clifford A. | 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 | 00-2002 | IL | F | CENTRAL | URBANA |
| Colleen | Leonard E. | 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 | 99-2141 | IL | F | CENTRAL | URBANA |
| Cripe | George | 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 | 00-2161 | IL | F | CENTRAL | URBANA |
| Dalton | Jack L. | 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 | 01-2014 | IL | F | CENTRAL | URBANA |
| Dover | Jackie W. | 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 | 98-1112 | IL | F | CENTRAL | URBANA |
| Edwards | Terry A. | 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 | 992208 | IL | F | CENTRAL | URBANA |
| Frampton | Kenneth E. | 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 | 98-1113 | IL | F | CENTRAL | URBANA |
| Gabbard | Ben | 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 | 99-2140 | IL | F | CENTRAL | URBANA |
| Gabbard | Robert W. | 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 | 99-2140 | IL | F | CENTRAL | URBANA |
| Garecht | Robert L. | 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 | 99-2184 | IL | F | CENTRAL | URBANA |
| Goehring | August | 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 | 00 2126 | IL | F | CENTRAL | URBANA |
| Hatfield | Bobby | 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 | 00-2009 | IL | F | CENTRAL | URBANA |
| Holden | Michael H. | 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 | 00 2125 | IL | F | CENTRAL | URBANA |
| Hulmes | Darrell D. | 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 | 992206 | IL | F | CENTRAL | URBANA |
| Hunt | Richard D. | 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 | 98-4061 | IL | F | CENTRAL | URBANA |
| Jacobs | Larry H. | 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 | 98-2190 | IL | F | CENTRAL | URBANA |
| Johnson | John | 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 | 01-2188 | IL | F | CENTRAL | URBANA |
| Lamkin | Clyde | 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 | 00-2001 | IL | F | CENTRAL | URBANA |
| Lamkin | Raymond | 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 | 00-2001 | IL | F | CENTRAL | URBANA |
| Maloney | James W. | 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 | 98-1185 | IL | F | CENTRAL | URBANA |
| Morr | Lee E. | 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 | 00-2049 | IL | F | CENTRAL | URBANA |
| Nichols | Leonard R. | 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 | 98-2133 | IL | F | CENTRAL | URBANA |
| Pitchford | Roy A. | 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 | 00-2014 | IL | F | CENTRAL | URBANA |
| Poe | Richard E. | 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 | 98-2251 | IL | F | CENTRAL | URBANA |
| Rasner | Donald S. | 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 | 00-2005 | IL | F | CENTRAL | URBANA |
| Reinhardt | Gary L. | 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 | 99-2151 | IL | F | CENTRAL | URBANA |
| Richardson | Robert L. | 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 | 00-2013 | IL | F | CENTRAL | URBANA |
| Roberts | John | 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 | 00-2010 | IL | F | CENTRAL | URBANA |
| Shepherd | David L. | 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 | 2:2000CV02054 | IL | F | CENTRAL | URBANA |
| Tripp | Chester V. | 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 | 98-3133 | IL | F | CENTRAL | URBANA |
| Walker | Clarence L., Jr. | 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 | 992207 | IL | F | CENTRAL | URBANA |
| Walsch | Jess | 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 | 00-2011 | IL | F | CENTRAL | URBANA |

EXHIBIT A