# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| BOBBY HATFIELD, Individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:00-cv-02009-CRW |
| ) | |
| A. C. AND S, Inc., a corporation, et al., ) | MDL Docket 875 |
| ) | |
| Defendants. ) | |

## STIPULATION FOR SUBSTITUTION OF COUNSEL

COMES NOW attorney Russell K. Scott, David W. Ybarra, and attorney Kent L. Plotner, and hereby stipulate and agree to the withdrawal of attorney Kent L. Plotner as counsel for defendant, Maremont Corporation, and to the substitution of Russell K. Scott and David W. Ybarra as counsel for said defendant.

**HEYL, ROYSTER, VOELKER & ALLEN**        **GREENSFELDER, HEMKER & GALE, P.C.**

/s/ Kent L. Plotner                          /s/ David W. Ybarra
Kent L. Plotner, #06190470                   Russell K. Scott, #02533642
103 West Vandalia Street, Suite 100          David W. Ybarra, #6273280
P.O. Box 467                                 12 Wolf Creek Drive, Suite 100
Edwardsville, Illinois  62025-0467           Swansea (Belleville), Illinois  62226
Phone: (618) 656-7940                        Phone: (618) 257-7308
Fax:     (618) 656-4646                      Fax:    (618) 257-7353
                                             dwy@greensfelder.com

I hereby certify that on February 9, 2006, I electronically filed defendant Maremont Corporation's Stipulation for Substitution of Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- **Michael P Cascino**
  mchamberlin@cvlo.com
- **Daniel G Donahue**
  dgd@herzogcrebs.com mpn@herzogcrebs.com
- **Mary Ann Hatch**
  mah@herzogcrebs.com jks@herzogcrebs.com
- **Robert H Sands**
  robert.sands@ilmolaw.com docket@ilmolaw.com

and I hereby certify that on February 9, 2006, I mailed by United States Postal Service, the document to the following non-registered participants:

James R Carter
CARTER LAW OFFICES
Commerce Bank Bldg
416 Main St
Suite 529
Peoria, IL 61602

Demarcus J Gordon
JOHNSON & BELL LTD
Suite 4100
55 E Monroe St
Chicago, IL 60603

Dennis J Graber
HINSHAW & CULBERTSON
Ste 300
521 W Main St
Belleville, IL 62222

Karl B Havenith
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
One IBM Plaza
Ste 200
Chicago, IL 60611

Jeffrey S Hebrank
BURROUGHS HEPLER BROOM MACDONALD HEBRANK & TRUE
103 W Vandalia Ste 300
P O Box 510
Edwardsville, IL 62025-0510

Matthew T Hurst
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
One IBM Plaza
Ste 200
Chicago, IL 60611

William V Johnson
JOHNSON & BELL LTD
Suite 4100
55 E Monroe St
Chicago, IL 60603

Jennifer Johnston
WILDMAN HARROLD ALLEN & DIXON LLP
225 W Wacker Dr
Suite 3000
Chicago, IL 60606-1229

Timothy L Krippner
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
One IBM Plaza
Ste 200
Chicago, IL 60611

Edward J McCambridge
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
One IBM Plaza
Ste 200
Chicago, IL 60611

Francis P Morrissey
SCHIFF HARDIN LLP
6600 Sears Tower
233 S Wacker Dr
Chicago, IL 60606-6473

Joseph J O'Hara, Jr
SCHIFF HARDIN LLP
6600 Sears Tower
233 S Wacker Dr
Chicago, IL 60606-6473

Kent L Plotner
HEYL ROYSTER VOELKER & ALLEN
PO Box 467
Edwardsville, IL 62025

Douglas L Prochnow
WILDMAN HARROLD ALLEN & DIXON LLP
225 W Wacker Dr
Suite 3000
Chicago, IL 60606-1229

Robert Spitkovsky, Jr
JOHNSON & BELL LTD
Suite 4100
55 E Monroe St
Chicago, IL 60603

/s/ David W. Ybarra