IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | |
| This Document Relates To:<br><br>Cases from the law firm of Cascino Vaughan Law Offices, Ltd.<br><br>U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS<br>Hatfield v. AC and S, Inc., Case No. 00-2009 | Civil Action No.  MDL 875 |

## MOTION TO APPOINT SPECIAL ADMINISTRATOR

NOW COMES plaintiff, Mary Hatfield, by and through her attorneys, CASCINO VAUGHAN LAW OFFICES, LTD. and pursuant to Rule 25 (a) of the Federal Rules of Civil Procedure, moves this Honorable Court to enter an order to appoint her Special Administrator on behalf of Bobby L Hatfield, deceased, to litigate the above-captioned matter, and to change the above caption to reflect the same, and, in support thereof, states as follows:

1.  Plaintiff, Bobby L Hatfield, died on 12/15/2004, pursuant to State of Illinois Medical Death Certificate attached hereto.

2.  No estate has been opened as of this date.

3.  No legal representative has been appointed as of this date.

4.  Mary Hatfield is the wife of Bobby L Hatfield and plaintiff in her own right in the instant matter.

WHEREFORE, plaintiff, Mary Hatfield, moves this Honorable Court to enter an order appointing her Special Administrator for the purpose of litigating this cause, and changing the caption to read: Mary Hatfield, individually and as special administrator of the estate of Bobby L Hatfield , deceased, Plaintiff v. A C and S., Inc., et. al., Defendants.

Respectfully submitted,

By: *Mike Cascino*
One of Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)

I HEREBY CERTIFY THAT THE foregoing is a true and correct copy of the death record for the decedent in ITEM 1 and that this record was established and filed in my office in accordance with the provisions of the Illinois Statutes relating to the registration of births, deaths and fetal deaths.

CHAMPAIGN, IL _December 5, 2006_
DATE

_Vito Palazzolo_
OFFICIAL TITLE - LOCAL REGISTRAR

## STATE OF ILLINOIS
## MEDICAL CERTIFICATE OF DEATH

STATE FILE NUMBER

REGISTRATION DISTRICT NO. 10.0
REGISTERED NUMBER 1468

1. DECEASED - NAME
   - FIRST: BOBBY
   - MIDDLE: LEE
   - LAST: HATFIELD
2. SEX: MALE
3. DATE OF BIRTH (MONTH, DAY, YEAR): AUGUST 23, 1933
4. COUNTY OF DEATH: CHAMPAIGN
5a. AGE-LAST BIRTHDAY (YRS): 71
6a. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY): URBANA
6b. HOSPITAL OR OTHER INSTITUTION - NAME: PROVENA COVENANT MEDICAL CENTER
6c. IF HOSP. OR INST., INDICATE D.O.A., OP/EMER. RM., INPATIENT (SPECIFY): INPATIENT
   WAS DECEASED EVER IN U.S. ARMED FORCES?: YES
7. SOCIAL SECURITY NUMBER: 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
8a. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY): MARRIED
8b. NAME OF SURVIVING SPOUSE (MAIDEN NAME, IF WIFE): MARY KUYRKENDALL
8c. KIND OF BUSINESS OR INDUSTRY: COMMERCIAL
9. EDUCATION (SPECIFY ONLY HIGHEST GRADE COMPLETED): 12
10. RESIDENCE (STREET AND NUMBER): 1904 ROBERTA LANE
11a. CITY, TOWN, TWP., OR ROAD DISTRICT NO.
11b. USUAL OCCUPATION: MECHANIC
12. COUNTY: CHAMPAIGN
13a. STATE: ILLINOIS
13b. ZIPCODE: 61821
13c. INSIDE CITY (YES/NO): YES
14a. RACE: WHITE
14b. HISPANIC ORIGIN?: NO
15. FATHER - NAME: WILLIAM HATFIELD
16. MOTHER - NAME: EVA BOWERS
17a. INFORMANT'S NAME: MARY HATFIELD
17b. RELATIONSHIP: WIFE
17c. MAILING ADDRESS: 1904 ROBERTA LANE CHAMPAIGN IL 61821

18. PART I.
Immediate Cause (Final disease or condition resulting in death)
(a) RESPIRATORY FAILURE
DUE TO, OR AS A CONSEQUENCE OF
(b) CHRONIC OBSTRUCTIVE PULMONARY DISEASE
DUE TO, OR AS A CONSEQUENCE OF
(c) SMOKING ABUSE

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH:
48 HRS
YEARS
YEARS

PART II. BRONCHITIS CARCINOMA - RECURRENCE

19a. WAS CORONER OR MEDICAL EXAMINER NOTIFIED?: YES
19b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?: NO
20a. DID YOU DID NOT ATTEND THE DECEASED AND LAST SAW HIM/HER ALIVE ON (MONTH, DAY, YEAR): DEC 14, 2004
20b. DATE OF OPERATION, IF ANY
20c. AUTOPSY: NO
20d. IF FEMALE, WAS THERE A PREGNANCY IN PAST THREE MONTHS?
21a. TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE TIME, DATE AND PLACE AND DUE TO THE CAUSE(S) STATED.
21b. HOUR OF DEATH: 8:05 am
22a. SIGNATURE: Maurice Topolosky MD
22b. DATE SIGNED: Dec 16, 2004
22c. NAME AND ADDRESS OF CERTIFIER: DR. TOPOLOSKY 1400 W. PARK ST. URBANA 61801
22d. ILLINOIS LICENSE NUMBER: 036-070243
23. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER
24a. BURIAL, CREMATION, REMOVAL (SPECIFY): BURIAL
24b. CEMETERY OR CREMATORY - NAME: GRANDVIEW MEM. GARDENS
24c. LOCATION
24d. CITY OR TOWN: CHAMPAIGN ILLINOIS
25a. FUNERAL HOME: OWENS FUNERAL HOME
25b. STREET AND NUMBER OR R.F.D.: 101 NORTH ELM STREET
25c. CITY OR TOWN, STATE: CHAMPAIGN ILLINOIS 61820
26a. FUNERAL DIRECTOR'S SIGNATURE: _Uma Miller_
26b. FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER: 034-015982
27a. LOCAL REGISTRAR'S SIGNATURE: _Dyle King_
27b. DATE FILED BY LOCAL REGISTRAR (MONTH, DAY, YEAR): DEC. 18, 2004

VSF003 (Rev 5/98) (BASED ON 1989 U.S. STANDARD CERTIFICATE)
Illinois Department of Public Health — Division of Vital Records

CERTIFICATE OF SERVICE
FOR CASE NO. 00-2009

I hereby certify that on October 15, 2007, I sent for filing with the Clerk of the United States District Court for the Eastern District of Pennsylvania, and electronically filed the foregoing with the United States District Court for the Central District of Illinois using the CM/ECF system which will send notification of such filing to the following:

James R Carter, jcarter@jcarterlaw.com,jkerker@jcarterlaw.com

Daniel G Donahue, dgd@herzogcrebs.com,mpn@herzogcrebs.com

Mary Ann Hatch, mah@herzogcrebs.com,jks@herzogcrebs.com

Robert H Sands, robert.sands@ilmolaw.com,docket@ilmolaw.com

Robert Spitkovsky , Jr, spitkovsky@jbltd.com,wilsonb@jbltd.com

David W Ybarra, dwy@greensfelder.com,dke@greensfelder.com


and I mailed by United States Postal Service copies to the following non-CM/ECF participants:

Demarcus J Gordon
William V Johnson
JOHNSON & BELL LTD
Suite 4100
55 E Monroe St
Chicago, IL 60603

Dennis J Graber
HINSHAW & CULBERTSON
Ste 300
521 W Main St
Belleville, IL 62222

Edward J McCambridge
Matthew T Hurst
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
One IBM Plaza
Ste 200
Chicago, IL 60611

Jeffrey S Hebrank
HEPLER BROOM
Suite 300
103 W Vandalia
Edwardsville, IL 62025-0510
Jennifer Johnston

Douglas L Prochnow
WILDMAN HARROLD ALLEN & DIXON LLP
225 W Wacker Dr
Suite 3000
Chicago, IL 60606-1229

Francis P Morrissey
Joseph J O'Hara, Jr
SCHIFF HARDIN LLP
6600 Sears Tower
233 S Wacker Dr
Chicago, IL 60606-6473

Kent L Plotner
HEYL ROYSTER VOELKER & ALLEN
PO Box 467
Edwardsville, IL 62025

Russell K Scott
GREENSFELDER HEMKER & GALE
Suite 100
12 Wolf Creek Dr
Belleville, IL 62226

_____ *Mike Cascino* _____

Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600